ARNOLD JOSEPH MARS, Respondent-Appellant, v ANDREA R. MARS, Respondent. HAROLD A. MAYERSON, ESQ., Nonparty Appellant-Respondent.

Submitted January 17, 2006; decided March 23, 2006

Motion and cross motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge R.S. Smith taking no part.